Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25700
Chapter: 7
Judge: Donald R Cassling

In Re:
　Portia Gibson
　5237 W Crystal St
　Apt 1
　Chicago, IL 60651

Social Security No.:
　xxx−xx−0511

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

　　　219 South Dearborn, Courtroom 619, Chicago, IL 60604

　　　on October 23, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: September 28, 2018　　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:  
Portia Gibson  
5237 W Crystal St  
Apt 1  
Chicago, IL 60651  
SSN: xxx−xx−0511 EIN: N.A.

Case No. : 18−25700  
Chapter : 7  
Judge : Donald R Cassling

## FINAL NOTICE OF DEFICIENCY AND HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Schedule C (Form 106C).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 28, 2018

Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court